**Entered on Docket
March 29, 2010**

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

HSBC Bank USA as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through
Certificates Series 2005-AR6
10-70383

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-10-10250-mkn |
| Kosta G. Bakalas | Date: 3/3/2010<br>Time: 1:30 pm |
| | Chapter 7 |
| Debtor. | |

## <u>ORDER VACATING AUTOMATIC STAY</u>

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA as Trustee for Nomura Asset Acceptance Corporation Mortgage Pass Through Certificates Series 2005-AR6, its assignees and/or successors in interest, of the subject property, generally described as 7100 Pirates Cove Road #2041, Las Vegas, NV 89145, and legally described as follows:

PARCEL I (COMMON AREAS) :
An undivided 1/24 interest in Phase 3 as tenant in common in the Common Areas of HIGHGATE CONDOMINIUMS, as shown by map thereof on file in Book 50 of Plats, page 44, in the Office of the County Recorder of Clark County, Nevada.

EXCEPTING AND RESERVING, to the United States all oil, gas and other mineral deposits in the land so patented, together with the right to prospect for, mine and remove the same according to the provisions of said Act of June 1, 1938.

FURTHER EXCEPTING THEREFROM all Living Units, Private Streets and Association Common Areas within Phase 3 of said subdivision.

AND RESERVING THEREFROM the right to possession of all those areas designated as Exclusive Use Area as shown upon the Condominium Plat referred to above, and further described in the Declaration of Covenants, Conditions And Restrictions, to which reference is hereafter made.

AND FURTHER RESERVING THEREFROM for the benefit of the owners of condominiums in all prior and subsequent Phases, non-exclusive easements for ingress to, egress from and recreational use of the common areas in said Phase, subject to the terms and as more particularly set forth in the Declaration of Covenants, Conditions And Restrictions to which reference is hereafter made, excepting from the Common Area, any residential buildings thereon and any portion thereof which is designated as an exclusive use area.

PARCEL II (LIVING UNIT) :
Living Unit No. 2041 in Building 8 as shown upon the condominium plat referred to above.

PARCEL III (EXCLUSIVE USE AREAS) :
The exclusive right to use, possession and occupancy of the portions of the Common Area shown on the condominium plat further described in the Declaration of Covenants, Conditions And Restrictions, to which reference is hereafter made, as balconies, patios (including storage

and water heater closets), stairways and assigned parking areas, which said exclusive right is an appurtenance to Parcel II above.

PARCEL IV (PHASED AREAS) :
A non-exclusive easement for ingress to, egress from and recreational use of the Common Area in all previous and subsequent phases, which easement is appurtenant to Parcels I, II and III above. This easement shall be effective only until recordation prior to the expiration of the right to annex subsequent phases of development to the effects of the Declaration of Covenants, Conditions And Restrictions to which reference is hereafter made.

PARCEL V (ASSOCIATION COMMON AREA) :
A non-exclusive easement for ingress to, egress from and recreational use of the Association Common Area as shown upon the condominium plan referred to above and as more particularly set forth in the Declaration of Covenants, Conditions And Restrictions to which reference is hereafter made.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
Frank J. Sorrentino
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
James F. Lisowski, Sr.
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_\_   The court waived the requirements of LR 9021.

\_\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_\_\_\_   No parties appeared or filed written objections, and the trustee is the movant.

\_\_x\_   This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

\_\_\_\_\_   approved the form of this order          \_\_\_\_\_   disapproved the form of this order

\_\_\_\_\_   waived the right to review the order and/or    \_\_x\_   failed to respond to the document

\_\_\_\_\_   appeared at the hearing, waived the right to review the order

\_\_\_\_\_   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_   approved the form of this order          \_\_\_\_\_   disapproved the form of this order

\_\_\_\_\_   waived the right to review the order and/or    \_\_x\_\_   failed to respond to the document


\_\_\_\_\_   This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

\_\_\_\_\_   approved the form of this order          \_\_\_\_\_   disapproved the form of this order

\_\_\_\_\_   waived the right to review the order and/or    \_\_\_\_\_   failed to respond to the document

\_\_\_\_\_   appeared at the hearing, waived the right to review the order

\_\_\_\_\_   matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_\_   approved the form of this order          \_\_\_\_\_   disapproved the form of this order

\_\_\_\_\_   waived the right to review the order and/or    \_\_\_\_\_   failed to respond to the document


\_\_\_\_\_   I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:

/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor